**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

UNITED STATES            *

                      *

    v.                  *         CRIM. NO.    21-218

                      *

Abel Cruz-Carcamo       *

                      *

                   *****

## <u>ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING</u>

In accordance with Standing Order 2020-06, this Court finds:

**[X]** That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

The proceeding(s) held on this date may be conducted by:

**[X]** Video Teleconferencing

**[ ]** Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

     **[ ]** The Defendant (or the Juvenile) is detained at a facility lacking video

     teleconferencing capability.

     **[ ]** Other:

Date:    April 5, 2021                 *s/Susan D. Wigenton*
                                       Hon. Susan D. Wigenton
                                       United States District Judge