

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Correctional Institution*
*P. O. Box 1000*
*Butner, North Carolina 27509*

---

July 30, 2021

The Honorable Judge Susan D. Wigenton
United States District Judge
402 East State Street
Room 2020
Trenton, NJ 08608

RE: CARCAMO, Abel Cruz
REGISTER NUMBER: 73592-050
DOCKET NUMBER: 21-218(SDW)

Dear Judge Wigenton:

The above-referenced individual was admitted to the Federal Correctional Institution, Butner, North Carolina on July 26, 2021, pursuant to the provisions of Title 18, United States Code, Sections 4241 and 4247.

Per CDC and Bureau of Prisons guidance intended to mitigate the spread of COVID-19, Mr. Carcamo was immediately placed on quarantine status upon arrival. The quarantine and associated testing will last approximately 21 days. While he will have access to routine and emergency mental health care during quarantine, it will not be possible to conduct necessary interviews or psychological testing until he is released from quarantine. It is anticipated Mr. Carcamo will be discharged from quarantine status on or about August 15, 2021. Accordingly, we respectfully request the evaluation period start on the date of his release from quarantine and calculate the evaluation period to end September 15, 2021. Staff will notify the U.S. Marshals Service when the evaluation period is concluded and work to complete the forensic report as soon as possible after that date.

Thank you in advance for your assistance in this matter. If you need additional information, please contact Dr. Zonno, CTP Administrator, at (919) 575-4541, ext. 3650.

Respectfully,

R. Ramos
Warden

SO ORDERED.

Hon. Susan D. Wigenton
United States District Judge
Dated: August 10, 2021